## CLINE DESKIN v. THE STATE.

### No. 3510.   Decided March 7, 1906.

**Disturbing Religious Worship—Insufficiency of Evidence.**

Upon a trial for disturbing religious worship, testimony that the witnesses had quit attending the Sunday school on account of the act of the defendant, was inadmissible.

Appeal from the County Court of Archer. Tried below before the Hon. John Purcell.

Appeal from a conviction of disturbing religious worship; penalty, a fine of $25.

The opinion states the case.

*W. E. Forgy,* for appellant.

*Howard Martin,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—This conviction is for disturbing religious worship, and the fine imposed was $25. Upon the trial, over the appellant's objection, the court permitted Miss Ann Watkinson and Capt. J. H. Lee, to testify that they quit attending the Sunday school at Prairie Grove School House, on account of the acts of the defendant. This testimony was clearly inadmissible. It was proper and germane to prove anything showing disorder on the part of appellant at the Sunday school; but it would not be permissible for witnesses to be introduced and give that as their reason for quitting the Sunday school. This would be a bare conclusion of the witnesses, and highly prejudicial to the rights of the defendant. Accordingly the judgment is reversed and the cause remanded.

*Reversed and remanded.*